UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/09
```

HERMAN JOHNSON, et al., :

                Plaintiffs, : **ORDER**

    - against - : 06 Civ. 13699 (BSJ)(FM)

NEW YORK CITY DEPARTMENT OF :
HEALTH, et al.,
                 :

                Defendants.
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

1. By July 17, 2009, the defendants shall produce to plaintiff Herman Johnson ("Johnson"), to the extent not previously produced, any

    a. emails and letters sent to the defendants by the Prisoners Rights Project on Johnson's behalf, as well as any responses thereto;

    b. resumes or curriculum vitae for individuals named as defendants in Johnson's amended complaint who provided medical services to Johnson at Rikers;

    c. communications that the defendants received from the New York City Board of Corrections relating to Johnson's medical treatment during the period from June 23 through July 23, 2006, and any responses thereto;

    d. documents concerning the imposition of liquidated damages on the corporate defendants

          as a result of their failure to complete refusal forms or refer inmates to specialists between June 1 and December 31, 2006, and any resulting corrective action plans;

    e.    certificate of incorporation for Prison Health Services Inc.;

2. By July 17, 2009, Johnson shall submit to the defendants a letter identifying the Bates stamp number of any refusal forms for which he previously received only the front of the form.

3. If Johnson identifies any refusal forms which were not produced in their entirety, the defendants shall have two weeks to produce the missing pages, Bates-numbered in such a way that they can be correlated with the earlier production.

4. Johnson shall promptly execute and return any release forms furnished to him by the defendants relating to his treatment by Dr. Rabinowitz.

5. By August 19, 2009, defendants shall serve and file their motion for summary judgment, and Johnson shall serve and file his cross motion, if any. All opposition papers shall be served and filed by September 18, 2009, and reply papers may be served and filed by October 2, 2009.

SO ORDERED.

Dated:    New York, New York
            July 1, 2009

                                                  FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Hon. Barbara S. Jones
United States District Judge

Herman Johnson
07-A-0117
Five Points Correctional Facility
State Route 96
Box 119
Romulus, New York 14541
[By First Class Mail]

Laura A. Delvecchio, Esq.
Heidell Pittoni Murphy & Bach, LLP
Fax: (212) 490-8966